Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

Indianapolis Division

Case No. 1:18-cv-3443 TWP-MJD

*(to be filled in by the Clerk's Office)*

Raj Patel

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Federal Bureau of Investigations; Indianapolis Metropolitain Police Department; Kartik Patel, Brownsburg Police Department

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Raj K. Patel |
| Address | 501 North Captiol Avenue, Apt. 4126 |
| | Indianapolis, IN 46204 |
| County | Marion County |
| Telephone Number | 317-331-0008 |
| E-Mail Address | rajp2010@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Federal Bureau of Investigations |
| Job or Title *(if known)* | |
| Address | 8825 Nelson B Klein Pkwy |
| | Indianapolis, IN 46250 |
| County | Marion County |
| Telephone Number | 317-595-4000 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Brownsburg Police Department |
| Job or Title *(if known)* | |
| Address | 31 North Green Street |
| | Brownsburg, IN 46112 |
| County | Hendricks County |
| Telephone Number | 317-852-1100 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Indianapolis Metropolitan Police Department |
| Job or Title *(if known)* | |
| Address | 50 North Alabama Street |
| | Indianapolis, IN 46204 |
| County | Marion County |
| Telephone Number | 317-327-3811 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Kartik Patel |
| Job or Title *(if known)* | |
| Address | 1239 Spring Lake Drive |
| | Brownsburg, IN 46112 |
| County | Hendricks County |
| Telephone Number | 317-750-4258 |
| E-Mail Address *(if known)* | |

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth Amendment; 14th Amendment; Stored Communication Act (18 U.S.C. § 2701-2712); FERPA; Wrongful Interference with Trade or Business Practice; RICO; False Light; Defamtion; 9th Amendment; 8th Amendment; 5th Amendment; 6th Amendment; Stored Communications Act; FISA Amendment Act of 2008; USA Freedom Act; CALEA Act; USA Patriot Act; 1st Amendment; Lahnam Act; HIPPA

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Fourth Amendment; 14th Amendment; Stored Communication Act (18 U.S.C. § 2701-2712); FERPA; Wrongful Interference with Trade or Business Practice; RICO; False Light; Defamtion; 9th Amendment; 8th Amendment; 5th Amendment; 6th Amendment; Stored Communications Act; FISA Amendments Act of 2008; USA Freedom Act; CALEA Act; USA Patriot Act; 1st Amendment; Lahnam Act; HIPPA

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each state official acted under the color of the state because they used their uniforms, gadgets, or identified that they were state officials. Likewise, each federal official acted under the color of the state because they used their uniforms, gadgets, or identified that they were state officials. Each state and federal official misused taxpayer provided resources, usually survillence technology from 2005-2006 academic school year, under the color of the state. Each state and federal official misused taxpayer property, including my work computers or when I was in government buildings, to conduct unlawful survillence. Each state and federal official is misusing technology for an alterative purpose.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

They occurred in the areas where I am present. The locations were in actual reality, rather than virtual reality.

B. What date and approximate time did the events giving rise to your claim(s) occur?

They have occurred sporidically from the year 2005-2006 to at least when I voluntary withdrew from Notre Dame in November 2017, but they have occurred more after graduation from the year 2014, especially during the third-year of my law school the year 2017. I had only 11 credit hours when I withdrew from Notre Dame, whereas I had 15 credit hours my first semester, 16 credit hours my second semester, 14 credit hours my third semester, and 17 creidt hours my fourth semester.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have been survielled everywhere I go since the year 2005-2018 with the knowledge of law enforcement. Based on my human interactions, my dad, Kartik Patel, has actual knowledge of the parties involved. Kartik Patel is also associated with Indianapolis Metropolitian Police Department (IMPD) and has won a community leaders award. They evaesdrop into my conversations and memeck the exact word pattern verbatiam within the next 24 hours. The evaesdropping occurs through my phone to phone conversations or even when the conversation is human to human. I call this "psychologically warfare." To the best of my knowledge, my monitoring has been going on mainly through microphones, but it is possibly visual through video tapes. I do not remember anything sexual being leaked. Therefore, I think that this is more for amusement. Based on my human interactions with Brownsburg Police Department (BPD) and with the late Assistant Chief James Waters of the IMPD, local law enforcement might be aidding and abetting or is exclusively conducting the survillence

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I would like my ongoing violations of consitutional rights restored. I will file other pro se complaints, including but not limited to violations of my civil rights and breach of contract against the aforementioned parties and other parties.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request the court provide an injunction to order all law enforcment to stop violating my constitutional and legal rights. I would like actual and punitive damages. I have earned actual damages because I was induced to withdraw from Notre Dame, which led to lossing money for an academic year, reputational harm because of having to take a year off of school unnecessarily, emotional harm, and consequtial damages because of lossing wages from a salary job, and having to find living and accomodations when I did not need to. I have earned punitive damages so law enforcement does not unlawfully survielle. I believe the reason of why I am being survielled has evolved over time. First it was exclusively for amusement but now the motive for the survielling is more political than not. First, the survillence was to make me "speak to my father" or "respect my father." While I did not ignore him, he was not happy with contemporary teenage phases of life. I was elected by a committee to be the Student Body President at Brownsburg High School, then at Emory University I was popularly elected as the Student Body President, and then at Notre Dame Law School I was popularly elected as a Third-Year Representative from the Notre Dame Bar Association to the Indiana State Bar Association. As a part of my duties for student body president, I met President Carter and His Holiness the Dalai Lama. After 2014, I believe that the motive is political and hidden under the vindictive guise of "respect your father."

Moreover, I have reason to believe that the nature of the survillence is also for political sabotage because one of my former high school assistant principal's son works for a likely presidential candidate in South Bend, Indiana. I have nothing personal against the mayor nor do I know him, and I will only qualify to run for president in about a decade. I would like to plead it because of Notre Dame's unique geo-political positioning and because my former assistant principal ("Ms. S.B.") contacted me via facebook within 3 hours of downloading the pro se forms from the uscourts website. I also do not regularly stay in touch with Ms. S.B. I view it to be more than a coincidence.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/6/2018

Signature of Plaintiff

Printed Name of Plaintiff    Raj K. Patel

### B.    For Attorneys

Date of signing:

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

                                            *City*                *State*        *Zip Code*

Telephone Number _____

E-mail Address _____